John BLACKBURN, Appellant (Defendant below),

v.

STATE of Wyoming, Appellee (Plaintiff below).

Orlando ANTELOPE, Jr., Appellant (Defendant below),

v.

STATE of Wyoming, Appellee (Plaintiff below).

No. 2957.

Supreme Court of Wyoming.

Dec. 27, 1960.

For original opinion see 357 P.2d 174.

John J. Spriggs, Sr., Lander, for appellant.

Norman B. Gray, Atty. Gen., and W. M. Haight, Deputy Atty. Gen., for appellees.

### Order

This cause having been heretofore taken under advisement on the petition of appellants for a rehearing, and the court being now fully advised in the premises, it is ordered that said petition for rehearing be, and the same is hereby, denied.